UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THOMAS GEORGE,       JUDGMENT
                                          Plaintiff,      08-CV- 0275 (ARR)

-against-

TJX COMPANIES, INC.,

                                     Defendant.
------------------------------------------------------------------X

       An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on December 9, 2009, granting defendant's motion for summary judgment; and dismissing plaintiff's complaint; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted; and that plaintiff's complaint is dismissed.

Dated: Brooklyn, New York
          December 09, 2009

                                                           /S/
                                                ROBERT C. HEINEMANN
                                                Clerk of Court